# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 5:24-cr-2 |
| JAMES TIMOTHY JOHNSON, | |
| Defendant. | |

## ORDER

There being no pending pretrial motions before the Court, the Court has cancelled the motions hearing scheduled for May 30, 2024 at 10:00 a.m. The Government has filed a Notice of Plea Agreement, doc. 23, and a Rule 11 hearing will be scheduled before the District Judge assigned to the case at the appropriate time.

**SO ORDERED**, this 7th day of May, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA